

# UNITED STATES DISTRICT COURT

for the

_Alaska_ District of _Anchorage_

_____ Division

RECEIVED

SEP 10 2025

CLERK, U.S. DISTRICT COURT
ANCHORAGE, AK

Tamisha Lewis-Junge )
_____ )
Plaintiff(s) )
*(Write the full name of each plaintiff who is filing this complaint.* )
*If the names of all the plaintiffs cannot fit in the space above,* )
*please write "see attached" in the space and attach an additional* )
*page with the full list of names.)* )
–v– )
)
)
Ian Wheels )
_____ )
Defendant(s) )
*(Write the full name of each defendant who is being sued. If the* )
*names of all the defendants cannot fit in the space above, please* )
*write "see attached" in the space and attach an additional page* )
*with the full list of names. Do not include addresses here.)* )

Case No. 3:25-CV-00203-SLG

*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☐ Yes ☐ No

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS

(Non-Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name   Tamisha lewis-Junge

Address   3748 Aldwin Circle

Anchorge    AK    99517

*City*    *State*    *Zip Code*

County   U. S. A

Telephone Number   907- 615- 0060

E-Mail Address   lewisjungetamisha @ gmail.com

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

Name   Ian Wheels

Job or Title *(if known)*   OC.S Judge

Address   Nesbett Courthouse

Anchorage    AK    99501

*City*    *State*    *Zip Code*

County   U. S. A

Telephone Number

E-Mail Address *(if known)*   907-615-006

☐ Individual capacity    ☐ Official capacity

Defendant No. 2

Name   Nesbett Courthouse

Job or Title *(if known)*   Alaska Court System

Address

*City*    *State*    *Zip Code*

County

Telephone Number

E-Mail Address *(if known)*

☐ Individual capacity    ☐ Official capacity

Defendant No. 3
    Name          *Boney Courthouse*
    Job or Title *(if known)*   *Alaska Court System*
    Address

| City | State | Zip Code |
|------|-------|----------|

    County
    Telephone Number
    E-Mail Address *(if known)*

☐ Individual capacity    ☐ Official capacity

Defendant No. 4
    Name          *U.S Air Force*
    Job or Title *(if known)*   *Person with technology*
    Address

| City | State | Zip Code |
|------|-------|----------|

    County
    Telephone Number
    E-Mail Address *(if known)*

☐ Individual capacity    ☐ Official capacity

## II.   Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

     ☒ Federal officials (a *Bivens* claim)

     ☒ State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

     *18 U.S. Code § 641, 28 U.S.C §§ 351-364, AK Stat § 12.60.120 I was threatened by some one with technology at Courthouse before it happen, then they acted on it.*

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed. Ian helped one breaking NASA technology law. They force paperwork and lyed at a courthouse then tried to play victim, also denied evidence with recorded technology

## III. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur? Boney Courthouse, Nesebett Courhouse, random placeses around anchorage

B. What date and approximate time did the events giving rise to your claim(s) occur? 2015

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)* I was kidnapped by someone using technology illeglly. Forced to say and do werid things with the technology Then planned on againts by technologys set up. Ian Dose Know what he did, and it on a recorded line. Now One with technology is try to hypnois on me for me to forget my daughter serenity ot life, claiming workes with O.C.S Judge Ian Wheels and I know thets illegit

## IV.    Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive. I was held hostage to make a baby on a investagation. Brought to jail and a mental hosiptal also one with technology cause everything and falsely made up a report about me. Now there trying to condition one with technology to forget about my daughter an lifestyle because I wont marry one with technology claiming to be randy wilson.

## V.    Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims. I want $20,000,000 and for false paperwork to be investagated and concealed for all records, Also for one to give back technology from miltay base so Other teamates can go home from delusional staker maid plan for ransom also my baby Serenity judith lewis-junge

## VI.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    9/10/2025

Signature of Plaintiff

Printed Name of Plaintiff    Tamisha Lewis- Junge

### B.    For Attorneys

Date of signing:    _____

Signature of Attorney    _____

Printed Name of Attorney    _____

Bar Number    _____

Name of Law Firm    _____

Address    _____

_____ _____ _____
                                  *City*                 *State*       *Zip Code*

Telephone Number    _____

E-mail Address    _____